PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6926

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 27 2004

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | :    I N F O R M A T I O N |
| vs. | :    VIO. 18 U. S. C. § 844(i), (Destruction of Property by Fire); 18 U. S. C.  § 2, (Aiding and Abetting) |
| JOSHUA STEPHEN DEMMITT, | : |
| Defendant. | Judge J. Thomas Greene<br>DECK TYPE: Civil<br>DATE STAMP: 09/27/2004 @ 16:52:43<br>CASE NUMBER:  2:04CR00659  JTG |

The United States Attorney charges:

## COUNT I
## (18 U.S.C. § 844 (i))

On or about July 8, 2004, in the Central Division of the District of Utah,

### JOSHUA STEPHEN DEMMITT,

the defendant herein, aided and abetted by another, did knowingly and maliciously damage and

destroy and attempt to damage and destroy by fire any building, vehicle, real and personal

property, used in interstate commerce and in any activity affecting interstate commerce; all in

violation of 18 U.S.C. § 844 (i) and 18 U.S.C. § 2.

DATED this the 27th day of September, 2004.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney