PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 2:04-CR-0659-JTG |
| Plaintiff, | : | GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS |
| JOSHUA STEPHEN DEMMITT, | : | Judge J. Thomas Greene |
| Defendant. | | |

The United States, by and through the undersigned Assistant United States Attorney hereby submits its position with respect to sentencing factors in the above-captioned case.

The United States reviewed a copy of the Pre-sentence Report provided by Jeff Rosenlund, U.S. Probation Officer and does not object to either the material information provided therein, nor to the sentencing guideline classification and calculation made by the United States Probation Office.

DATED this 17th day of December, 2004.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS was mailed, postage prepaid to all parties named below, this 17th of December, 2004.

        Clayton A. Simms
        Attorney for Joshua Demmitt
        215 South State Street, Suite 960
        Salt Lake City, Utah 84111

        Jeff Rosenlund
        U.S. Probation Office
        Salt Lake City, Utah

_____